UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 2:22-mj-0380 |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CAPTIONED CASE | MAGISTRATE JUDGE DEAVERS |

**MOTION TO UNSEAL SEARCH WARRANT**

Now comes the United States of America, by Kenneth L. Parker, United States Attorney, and Noah R. Litton, Assistant United States Attorney, for the Southern District of Ohio, Eastern Division, and respectfully requests that the search warrant, the case, and any accompanying filings in the above-related matter be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Noah R. Litton
NOAH R. LITTON (90479)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Fax: (614) 469-5653
Email: noah.litton@usdoj.gov